IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| Angela Rohr, Louis Rohr, Gian Martinez-Ferrate, Andre Martinez-Ferrate and Marylin Westenskow<br><br>*Plaintiffs*,<br>v.<br><br>STATE OF UTAH, OFFICE OF THE LIEUTENANT GOVERNOR;<br>Diedre Henderson, in her official capacity as Lt. Governor, Shelly Jackson, in her official capacity as Acting Deputy Director of Elections, Ryan Cowley, in his official capacity as Acting Director of Elections<br><br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | FILED<br>2024 SEP 12<br>CLERK<br>U.S. DISTRICT COURT<br><br><br>Civil Action No. 2:24-cv-00659-AMA |

**AFFIDAVIT OF SERVICE**

I, Angela Rohr, hereby declare that on the 10th Day of September of 2024, I mailed a copy of the summons, the verified complaint, and the preliminary injunction for each of the three (3) Defendants, via email per the protocol for serving a lawsuit in UTAH to the email address of the Attorney General of UTAH at: uag@agutah.gov as evidenced with the screenshot below from my Email's Sent Folder:

.

1



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

Angela Rohr, Et Al.

*Plaintiff(s)*

v.   Civil Action No. 2:24-cv-00659-AMA

STATE OF UTAH, OFFICE OF THE
LIEUTENANT GOVERNOR, Lt. Governor
Deidre Henderson, Et Al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STATE OF UTAH, OFFICE OF THE
LIEUTENANT GOVERNOR, Lt. Governor
Deidre Henderson et al
c/o Sean Reyes, Attorney General
Via Email: uag@agutah.gov
Utah State Capitol Complex
350 North State Street, Suite 230, SLC UT 84114-2320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
CLERK OF COURT

Date: 09/09/2024        *Katy Cerna*
                        Signature of Clerk or Deputy Clerk

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Angela Rohr, Et Al. *Plaintiff(s)* v. Ryan Cowley STATE OF UTAH, OFFICE OF THE LIEUTENANT GOVERNOR, Director of Elections *Defendant(s)* | Civil Action No. 2:24-cv-00659-AMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ryan Cowley, Director of Elections
STATE OF UTAH, OFFICE OF THE LIEUTENANT GOVERNOR

c/o Sean Reyes, Attorney General
Via Email: uag@agutah.gov
Utah State Capitol Complex 350 North State Street, Suite 230
Salt Lake City, UT 84114-2320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 09/09/2024      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

Angela Rohr, Et Al.

*Plaintiff(s)*

v.

Shelly Jackson
STATE OF UTAH, OFFICE OF THE LIEUTENANT
GOVERNOR, Deputy Director of Elections

*Defendant(s)*

Civil Action No. 2:24-cv-00659-AMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shelly Jackson, Deputy Director of Elections
STATE OF UTAH, OFFICE OF THE LIEUTENANT GOVERNOR

c/o Sean Reyes, Attorney General
Via Email: uag@agutah.gov
Utah State Capitol Complex 350 North State Street, Suite 230
Salt Lake City, UT 84114-2320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
CLERK OF COURT

Date: 09/09/2024

*Signature of Clerk or Deputy Clerk*

Respectfully submitted,

By:/s/Angela Rohr
ANGELA ROHR, Plaintiff Pro Se
3030 Silver Reef Drive
Leeds, UT 84746
Email: s4pUtah@proton.me
Phone:  1-801-651-4283

Dated: September 13, 2024

4